UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

IN ADMIRALTY

| | |
|---|---|
| Eric de Weerd and Danielle M. Sirianni-de Weerd, ) | C/A No. 9:10-CV-1198-RMG |
| ) | |
| Plaintiffs, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| Versus ) | |
| ) | |
| Sea Ray of Savannah, ) | |
| ) | |
| Defendants. ) | |

The Plaintiffs, Eric de Weerd and Danielle M. Sirianni-de Weerd, hereby agree, stipulate, and consent to the dismissal of their complaint, with prejudice, against the Defendant in the above-captioned matter.

July 28, 2011

| **PLAINTIFF:** | **DEFENDANT:** |
|---|---|
| LAUGHLIN & BOWEN, PC | HOOD LAW FIRM, LLC |
| | |
| By: **s/ John Bowen** | By: **s/ James B. Hood** |
| John RC Bowen, Fed. ID #1403 | James B. Hood, Fed. ID #1939 |
| PO Drawer 21119 | Brian J. Kern, Fed. ID #10885 |
| Hilton Head Island, SC 29925 | PO Box 1508 |
| Ph: (843) 689-5700 Fax: (843) 689-9300 | Charleston, SC 29402 |
| Email: john@laughlinandbowen.com | Ph: (843) 557-4435 Fax: (843) 722-1630 |
| | Email: info@hoodlaw.com |